1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   BRADLEY J. LEIMKUHLER, Cal Bar No. 261024
4  bleimkuhler@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
6  Facsimile:   714.513.5130

7  Attorneys for Defendant YUM! BRANDS
   d/b/a PIZZA HUT

8

9              UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12  GUILLERMO ROBLES,                | Case No. 2:16-cv-08211-ODW-SS
                                     | Judge Otis D. Wright II
13              Plaintiff,           |
                                     | **DEFENDANT YUM! BRANDS,**
14         v.                        | **INC.'S CORPORATE**
                                     | **DISCLOSURE STATEMENT**
15  YUM! BRANDS, INC. d/b/a PIZZA    |
   HUT, and DOES 1-10 inclusive,     |
16                                   |
               Defendant.            | Action Filed:    November 3, 2016
17                                   | Trial Date:      None Set

18

19

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE UNITED STATES COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION:**

The undersigned counsel of record to Defendant YUM! BRANDS, INC., ("Defendant"), certifies that the following listed parties have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.  Guillermo Robles                                    Plaintiff

2.  YUM! Brands                                          Defendant

Pursuant to F.R.C.P. 7.1, Defendant states as follows:  Defendant is a publicly-held corporation and no company owns 10% or more of Defendant's stock.

Dated:  February 3, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By   _____
                    /s/ *Gregory F. Hurley*
                    GREGORY F. HURLEY

Attorneys for Defendant
YUM! BRANDS d/b/a PIZZA HUT

DEFENDANT YUM! BRANDS CORPORATE DISCLOSURE STATEMENT