Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff GUILLERMO ROBLES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>    Plaintiff,<br><br>vs.<br><br>YUM! BRANDS, INC. d/b/a PIZZA HUT, and DOES 1-10 inclusive<br><br>    Defendant. | Case No.. 2:16-cv-08211-ODW-SS<br><br>Hon. Otis D. Wright II<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>[*Filed concurrently with Plaintiff's Opposition to Defendants' Motion For Summary Judgment; Plaintiff's Statement of Genuine Issues of Material Fact; Plaintiff's Evidentiary Objections; Declaration of Guillermo Robles; Declaration of Michael J. Manning; Declaration of Joseph R. Manning, Jr.; Proposed Order*]<br><br>Date:    July 10, 2017<br>Time:    1:30 p.m.<br>Ctrm.:    5C<br><br>Action Filed:   November 3, 2016 |

---

REQUEST FOR JUDICIAL NOTICE

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** Plaintiff Guillermo Robles ("Plaintiff") requests this Court to take judicial notice of the following matters or materials set forth below, pursuant to Federal Rules of Evidence, Rule 201, in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

Under Fed. R. Evid., Rule 201(d), judicial notice is mandatory "if requested by a party and [the court is] supplied with the necessary information." Fed. R. Evid., Rule 201(b) further provides that "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

Accordingly, a "court may take judicial notice of matters of public record." *Lee v. City of Los Angeles,* 250 F.3d 668, 689 (9th Cir. Cal. 2001). The Court may therefore take judicial notice of the recorded documents attached as follows:

1. Attached hereto as **Exhibit 1** is a true and correct copy of the court's verdict and order in *Gorecki v. Hobby Lobby Stores, Inc.* Case No. 2:17-cv-01131-JFW-SK (C.D. Cal. 2017) (June 15, 2017) (ECF #47).

2. Attached hereto as **Exhibit 2** is a true and correct copy of the court's order in *Juan Carlos Gil v. Winn-Dixie Stores, Inc.,* Civil Action No. 16-23020-Civ-Scola (S.D. FL, June 13, 2017) (ECF #63).

3. Attached hereto as **Exhibit 3** is a true and correct copy of the Joint Pretrial Stipulation in *Juan Carlos Gil v. Winn-Dixie Stores, Inc.,* Civil Action No. 16-23020-Civ-Scola, Joint Pretrial Stip. of 3/17/17 at 3; ECF #34.).

4. Attached hereto as **Exhibit 4** is a true and correct copy of the defendant's Proposed Findings of Fact and Conclusions of Law in *Juan Carlos Gil v. Winn-Dixie Stores, Inc.,* Civil Action No. 16-23020-Civ-Scola Def.'s Prop. FF/CL at 7; ECF #39.).

1    5. Attached hereto as **Exhibit 5** is a true and correct copy of the defendant's Answer in *Juan Carlos Gil v. Winn-Dixie Stores, Inc.*, Civil Action No. 16-23020-Civ-Scola (Answer at 8; ECF #7.).

2    6. Attached hereto as **Exhibit 6** is a true and correct copy of the defendant's Motion for Judgement on the Pleadings in *Juan Carlos Gil v. Winn-Dixie Stores, Inc.*, Civil Action No. 16-23020-Civ-Scola (MJOP at 3; ECF #15.).

3    7. Attached hereto as **Exhibit 7** is a true and correct copy of the defendant's Reply In Support of Motion for Judgement on the Pleadings in *Juan Carlos Gil v. Winn-Dixie Stores, Inc.*, Civil Action No. 16-23020-Civ-Scola (Reply ISO MJOP at 6-7; ECF #19.)

4    8. Attached hereto as **Exhibit 8** is a true and correct copy of the Statement of Interest of the United States of America in *National Association of the Deaf v. Netflix, Inc.*, 869 F. Supp. 2d 196 (D. Mass 2012).

5    9. Attached hereto as **Exhibit 9** is a true and correct copy of the Statement of Interest of the United States of America in *David New v. Lucky Brand Dungarees Stores, Inc.* case no. 1:14-cv-20574-UU (S.D. Fla. Apr. 10, 2014) (ECF #19).

6    10. Attached hereto as **Exhibit 10** is a true and correct copy of the Statement of Interest of the United States of America in *Juan Carlos Gil v. Winn-Dixie Stores, Inc.*, Civil Action No. 16-23020 (S.D. Fla.) (ECF #23) at 5.

7    11. Attached hereto as **Exhibit 11** is a true and correct copy of the Consent Decree in *Nat'l Fed. of the Blind, et al. United States of America v. HRB Digital LLC and HRB Tax Group, Inc.*, No. 1:13-cv-10799-GAO (entered March 25, 2014).

///

///

///

REQUEST FOR JUDICIAL NOTICE

| | | |
|---|---|---|
| 1 | DATED: June 19, 2017 | Respectfully submitted, |
| 2 | | MANNING LAW APC |
| 4 | | By: */s/ Joseph R. Manning, Jr.* |
| 5 | | Joseph R. Manning, Jr.<br>Attorneys for Plaintiff |
| 6 | | GUILLERMO ROBLES |